UNITED STATES DISTRICT COURT
DISTRICT OF CALIFORNIA
CALIFORNIA DIVISION

JOHN MEGGS, Individually,

    Plaintiffs,

vs.   Case No: 5:16-cv-2656-PA-DTB

NITES INN CORPORATION, a
California Corporation

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiffs, and the Defendant, be and the same is hereby approved;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; \*\*\*

DONE AND ORDERED in Chambers at Los Angeles California, this 28th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Attorneys of record

\*\*\*The Court declines to retain jurisdiction.